UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| ELITE MODEL MANAGEMENT CORPORATION, )<br>)<br>)<br>)<br>-against-   )<br>)<br>ELITE LTD, ELITE MANAGEMENT, VIP )<br>VIP SOLUTIONS GMBH, AND JOHN DOES 1 )<br>THROUGH 10, )<br>)<br>            Defendants.   ) | 07 CIV 7765 (Castel, J.)<br><br>AFFIDAVIT OF SERVICE<br>PURSUANT TO CPLR 312-a |

STATE OF NEW YORK       )
                                          :ss
COUNTY OF NEW YORK  )

Erica D. Busch, being duly sworn, deposes and says:

I am not a party to this action am over the age of eighteen and reside in the State of New York.

On October 17, 2007, I served copies of the Summons in a Civil Action, Complaint; Amended Complaint; Scheduling Order Issued by Judge Castel on September 11, 2007; Individual Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing and the Statement of Service by Mail and Acknowledgement of Receipt by Mail in the above-entitled action upon defendant Elite Management by mailing a true copy thereof via first class mail in

204849v1

-2-

pre-paid postage wrapper under the exclusive custody of the United States Postal Service addressed as follows:

Elite Management
230 Park Avenue
New York, NY 10167

Attached hereto is the envelope mailed via first class mail on October 17, 2007 stamped "RETURN TO SENDER" and "ATTMEPTED, UNKNOWN NEW YORK, NY 10017-9998.

*Erica D. Busch*

Sworn to before me
November 8, 2007

*Kerwyn Welch*
Notary Public

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

-2-



**MOSES & SINGER LLP**

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NY, NY 10174-1299

TO:

Elite Management
230 Park Avenue
New York, New York 10167

ATTEMPTED,
NEW YORK, NY



FIRST CLASS

02 1A
0004336595
MAILED FROM ZIP CODE 10001

UNITED STATES POSTAGE
PITNEY BOWES
$ 02.67⁰
OCT 17 2007