UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELITE MODEL MANAGEMENT　　　　　　:
CORPORATION,　　　　　　　　　　　　:　　Docket No. 07CV7765
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　-against-　　　　　　　　　　　　　　:　　**AFFIDAVIT OF ATTEPTED**
　　　　　　　　　　　　　　　　　　　　:　　**SERVICE**
ELITE LTD, ELITE MANAGEMENT, VIP　:
SOLUTIONS GMBH, AND JOHN DOES 1　:
THROUGH 10　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　Defendants.
------------------------------------------------------------x

STATE OF NEW YORK　　　　)
　　　　　　　　　　　　　　　ss.:
COUNTY OF NEW YORK　　　 )

Yancy Fleetwood, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen, and reside in the State of New York.

On October 17, 2007, I attempted to personally serve the Summons and Complaint, Amended Complaint, Order Scheduling Initial Pretrial Conference, Individual Practice Rules of Judge Castel and Magistrate Judge Eaton, upon defendant Elite Management at 230 Park Avenue, New York, New York 10167. I spoke with building security personnel who stated that there was no company with the name Elite Management at that address.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Yancy Fleetwood

Sworn to before me
October 18, 2007

_Kerwyn Welch_

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

204849v3