UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELITE MODEL MANAGEMENT
CORPORATION,

                Plaintiff,

-against-

ELITE LTD, ELITE MANAGEMENT, VIP
SOLUTIONS GMBH, AND JOHN DOES 1
THROUGH 10

                Defendants.
------------------------------------------------------------x

**Docket No. 07CV7765**

**AFFIDAVIT OF ATTEPTED SERVICE**

STATE OF NEW YORK    )
                                 ss.:
COUNTY OF NEW YORK  )

Yancy Fleetwood, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen, and reside in the State of New York.

On October 17, 2007, I attempted to personally serve the Summons and Complaint, Amended Complaint, Order Scheduling Initial Pretrial Conference, Individual Practice Rules of Judge Castel and Magistrate Judge Eaton, upon defendant Elite Ltd at 245 Park Avenue, New York, New York 10167. I spoke with building security personnel who stated that there was no company with the name Elite Ltd at that address.

                                                                    Yancy Fleetwood

Sworn to before me
October 18, 2007

_Kerwyn Welch_
Notary Public

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

204849v3