United States District Court
Southern Distirict of New York

---

Elite Model Management Corporation,

                                            Plaintiff(s)

-against-

Elite Ltd., et al.,

                                            Defendant(s)

AFFIDAVIT OF SERVICE
Case No. 07 Civ 7765

---

State of New York )
                      ) ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 17, 2007 at approximately 11:45 AM deponent served the following specific papers pursuant to Section 307 of the Business Corporation Law, Summons and Complaint, Amended Complaint, Scheduling Order Issued by Judge Castel on September 11, 2007; Individual Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; Third Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing, that the party served was Elite Management, an unauthorized foreign business corporation, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                               Mary M. Bonville

Sworn to before me this 17th day of October, 2007

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200710170317                         Cash #: 200710170312
Date of Service:  10/17/2007                     Fee Paid: $40 - DRAWDOWN
Service Company:  08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to:    SECTION 307 OF THE BUSINESS
    CORPORATION LAW

Party Served:   ELITE MANAGEMENT



Plaintiff/Petitioner:
            ELITE MODEL MANAGEMENT CORPORATION



Service of Process Address:

,
                                                   Secretary of State
                                                   By   CAROL VOGT
```