UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELITE MODEL MANAGEMENT CORPORATION,  )<br>)<br>Plaintiff  )<br>)<br>-against-  )<br>)<br>ELITE LTD, ELITE MANAGEMENT, VIP  )<br>SOLUTIONS GMBH, AND JOHN DOES 1  )<br>THROUGH 10,  )<br>)<br>Defendants.  )<br>) | **AFFIDAVIT OF SERVICE PURSUANT TO BCL 307**<br><br>07 CIV 7765 (Castel, J.) |

STATE OF NEW YORK   )
                    :.
COUNTY OF NEW YORK  )

Kerwyn Welch, being duly sworn, deposes and says.

I am not a party to this action am over the age of eighteen and reside in the State of New York.

On October 18, 2007, I served the Summons in a Civil Action, Complaint; Amended Complaint; Scheduling Order Issued by Judge Castel on September 11, 2007; Individual Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above-entitled action upon defendant Elite Management by mailing true copies thereof in pre-paid postage wrappers, by Registered Mail Return Receipt, at the United States Post Office at Grand Central Station, located at 450 Lexington Avenue, New York, NY 10017-9998 addressed as follows:

Elite Management
230 Park Avenue
New York, New York 10169
Registered No. R798 414 533 US

On October 24, 2007, I served additional copies of the Summons in a Civil Action, Complaint; Amended Complaint; Scheduling Order Issued by Judge Castel on September 11, 2007; Individual Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above-entitled action upon defendant Elite Management by mailing a true copy thereof via first class mail in pre-paid postage wrapper under the exclusive custody of the United States Postal Service addressed as follows:

Elite Management
230 Park Avenue
New York, New York 10169

Attached hereto are the receipt for registered mail dated October 18, 2007 and the envelopes sent by registered mail and first class mail on October 18, 2007 and October 24, 2007 respectively marked "RETURNED TO SENDER" "ATTEMPTED, UNKNOWN New York, NY 10017-9998."

Sworn to before me
November 7, 2007

_____                             _____
Notary Public                                                                                        Kerwyn Welch

YANCY FLEETWOOD
Notary Public, State of New York
No. 01-FL6034777
Qualified in New York County
Commission Expires Dec. 20, 20_09_





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elite Management
   230 Park Avenue
   New York, New York 10169

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    RA 758 414 533 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





USPS GRAND CENTRAL STATION, NEW YORK, NY 10017 — OCT 18 2007



First Class Mail

MOSES & SINGER LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NY, NY 10174-1299

TO:

Elite Management
230 Park Avenue
New York, New York 10167

ATTEMPTED, UNKNOWN
NEW YORK, NY 10003-9998
RETURNED TO SENDER



FIRST CLASS

