UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELITE MODEL MANAGEMENT CORPORATION,<br><br>　　　　　　Plaintiff<br><br>　　-against-<br><br>ELITE LTD, ELITE MANAGEMENT, VIP SOLUTIONS GMBH, AND JOHN DOES 1 THROUGH 10,<br><br>　　　　　　Defendants. | **AFFIDAVIT OF SERVICE PURSUANT TO BCL 307**<br><br>07 CIV 7765 (Castel, J.) |

STATE OF NEW YORK            )
                             :.
COUNTY OF NEW YORK           )

Kerwyn Welch, being duly sworn, deposes and says.

I am not a party to this action am over the age of eighteen and reside in the State of New York.

On October 18, 2007, I served the Summons in a Civil Action, Complaint; Amended Complaint; Scheduling Order Issued by Judge Castel on September 11, 2007; Individual Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above-entitled action upon defendant Elite Ltd by mailing true copies thereof in pre-paid postage wrappers, by Registered Mail, at the United States Post Office at Grand Central Station, located at 450 Lexington Avenue, New York, NY 10017-9998 addressed as follows:

Elite Ltd
245 Park Avenue
24th and 39th Floors
New York, New York 10169
Registered No. R798 414 520 US

On November 7, 2007, I requested from the United States Postal Office Grand Central Station Branch located at 450 Lexington Avenue, New York, NY 10017-3911, and received via facsimile proof of delivery and receipt and the signature for the receipt of the aforementioned documents by Elite Ltd on October 19, 2007. Copies of said facsimile is attached hereto along with the original receipt for registered mail of October 18, 2007 as well as a photocopy of the receipt for service of process upon the New York Secretary of State for Elite Ltd on 10/17/07.

Sworn to before me
November 8, 2007

_____
Notary Public

Kerwyn Welch

YANCY FLEETWOOD
Notary Public, State of New York
No. 01-FL6034777
Qualified in New York County
Commission Expires Dec. 20, 2009





Date: 11/07/2007

Fax Transmission To: K W
Fax Number: 212-554-7700

Dear: K W:

The following is in response to your 11/07/2007 request for delivery information on your Registered item number RA79 8414 520U S. The delivery record shows that this item was delivered on 10/19/2007 at 11:16 AM in NEW YORK, NY 10167. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service

```
                    ********************
                    ***   RX REPORT   ***
                    ********************

        RECEPTION OK

        TX/RX NO                6094
        CONNECTION TEL
        CONNECTION ID
        ST. TIME                11/07 11:26
        USAGE T                 00'30
        PGS.                        1
        RESULT                  OK
```