UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELITE MODEL MANAGEMENT CORPORATION, <br><br> Plaintiff <br><br> -against- <br><br> ELITE LTD, ELITE MANAGEMENT, VIP SOLUTIONS GMBH, AND JOHN DOES 1 THROUGH 10, <br><br> Defendants. | **NOTICE OF SERVICE PURSUANT TO BCL 307** <br><br> 07 CIV 7765 (Castel, J.) |

PLEASE TAKE NOTICE that on October 18, 2007, I served true copies of the Summons in a Civil Action, Complaint; Amended Complaint; Scheduling Order Issued by Judge Castel on September 11, 2007; Individual Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above-entitled action upon defendant Elite Management by mailing true copies thereof via Registered Mail Return Receipt bearing Registered No. R798 414 533 US addressed as follows: Elite Management, 230 Park Avenue, New York, New York 10169.

PLEASE TAKE FURTHER NOTICE that On November 7, 2007, I served true copies thereof of the notice of mailing of the Summons in a Civil Action, Complaint; Amended Complaint; Scheduling Order Issued by Judge Castel on September 11, 2007; Individual

Rules of Practice of Hon. P. Kevin Castel; Individual Practices of Magistrate Judge Douglas Eaton; 3rd Amended Instructions for Filing an Electronic Case or Appeal and Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing in the above-entitled action; a copy of the return receipt for registered mail and a copy of the front of the envelope marked bearing the postage mark of October 18, 20007 and the legend "RETURNED TO SENDER" "ATTEMPTED, UNKNOWN New York, NY 10017-99998" via first class mail addressed as follows: Elite Management, 230 Park Avenue, New York New York 10169.

Dated: New York, New York
November 7, 2007

*Kerwyn Welch*
Kerwyn Welch
Managing Clerk
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
Attorneys for plaintiff
(212) 554-7800


To:   Elite Management
      230 Park Avenue
      New York, NY 10169