```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
ELITE MODEL MANAGEMENT                )
CORPORATION,                          )
                                      )
                                      )    07 CIV 7765 (Castel, J.)
                                      )
          -against-                   )
                                      )    ORDER *Beyond*
ELITE LTD, ELITE MANAGEMENT, VIP      )    *Rule 4(m), Fed. R. Civ. P.*
VIP SOLUTIONS GMBH, AND JOHN DOES 1   )
THROUGH 10,                           )
                                      )
          Defendants.                 )
                                      )
-----------------------------------------------------------

[PKC]  Upon the application of Plaintiff Elite Model Management Corporation *The 120 day period in Rule 4(m) is for good* ("ELITE"), ~~dated November 8, 2007, and in accordance with New York Business~~ *cause shown extended to March 21, 2008 in order* ~~Corporation Law §307, ELITE is hereby permitted to file with the Court, in the~~ *to effectuate service under the Hague Convention* ~~traditional manner, on paper, rather than electronically, and in accordance with the~~ *as to defendant VIP Solutions GMBH.* ~~Federal Rules of Civil Procedure and applicable Local Rules governing service the following items:~~

  1.  ~~The original returned registered mail package addressed to defendant Elite Management and the original affidavit of compliance under B.C.L. § 307.~~

  2.  ~~The original affidavit of compliance under B.C.L. § 307, together with the process on defendant Elite Ltd.~~

          SO ORDERED.

Dated:    New York, New York
          November 16, 2007

                                                   _____
                                                   Hon. P. Kevin Castel
                                                   United States District Judge

654144v1  011141.0102