UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ELITE MODEL MANAGEMENT )
CORPORATION, )
 )
 ) 07 CIV 7765 (Castel, J.)
 )
       -against- )
 ) **ORDER**
ELITE LTD, ELITE MANAGEMENT, VIP )
VIP SOLUTIONS GMBH, AND JOHN DOES 1 )
THROUGH 10, )
 )
       Defendants. )
 )

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

    Upon the application of Plaintiff Elite Model Management Corporation ("ELITE"), dated November 8, 2007, and in accordance with New York Business Corporation Law §307, ELITE is hereby permitted to file with the Court, in the traditional manner on paper, rather than electronically, and in accordance with the Federal Rules of Civil Procedure and applicable Local Rules governing service the following items:

    1.    The original returned registered mail package addressed to defendant Elite Management and the original affidavit of compliance under B.C.L. § 307.

    2.    The original affidavit of compliance under B.C.L. § 307, together with the process on defendant Elite Ltd.

    SO ORDERED.

Dated:    New York, New York
             November 16, 2007

                                                Hon. P. Kevin Castel
                                                United States District Judge

654144v1  011141.0102