```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELITE MODEL MANAGEMENT CORP.,

                Plaintiff,              07 Civ. 7765 (PKC)

    -against-

                                ORDER

ELITE LTD., et al.,
                Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        No affidavit of service upon defendant VIP Solutions GMBH having been filed by plaintiff demonstrating that service was effectuated by March 21, 2008, notice is hereby given that this action will be dismissed without prejudice as against defendant VIP Solutions GMBH, if service is not effectuated by April 11, 2008 and an affidavit of service filed by April 16, 2008. See Rule 4(m), Fed. R. Civ. P., and this Court's Order of November 16, 2007.

        SO ORDERED.

                                                          P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       April 1, 2008