USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELITE MODEL MANAGEMENT CORP.,

                Plaintiff,                07 Civ. 7765 (PKC)

    -against-
                                    ORDER

ELITE LTD., et al.,
                Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        In the Order of April 1, 2008 (Docket #19), this Court gave notice that "this action will be dismissed without prejudice as against defendant Vip Solutions GmbH, if service is not effectuated by April 11, 2008 and an affidavit of service filed by April 16, 2008." To date, there has been no affidavit or other proof of service upon Vip Solutions, GmbH and, accordingly, the action is dismissed without prejudice as to it.

        SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       April 17, 2008